AARON D. FORD
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1134
E-mail: ghardcastle@ag.nv.gov

*Attorneys for Defendants*
*Tara Carpenter, E.K. McDaniel,*
*William Sandie, and Mark Sorci*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MYRON D. JONES, | Case No. 3:17-cv-00199-MMD-VPC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| E.K. MCDANIEL, et al., | |
| Defendants | |

Plaintiff, Myron D. Jones, appearing *pro se*, and Defendants, Tara Carpenter, E.K. McDaniel, William Sandie, and Mark Sorci, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

* * *

DATED this 15th day of ~~December~~ January, 2019.

By: _____ #1086554
MYRON D. JONES
*Plaintiff, Pro Se*

DATED this 22nd day of ~~December~~ January, 2019.

AARON D. FORD
Attorney General

By: _____
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** January 22, 2019

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 22nd day of January, 2019, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

MYRON JONES #1086554
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

*[signature]*
An employee of the
Office of the Attorney General

3